UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CUMMINGS PROPERTIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PRODUCTION RESOURCE GROUP, L.L.C., <br><br> Defendant. | Docket No.:   20-11653 |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Production Resource Group, L.L.C. ("PRG") hereby removes to this Court the civil action captioned *Cummings Properties, LLC v. Production Resource Group, L.L.C.*, Woburn District Court of the Commonwealth of Massachusetts, Middlesex County, Docket No. 2053SU000035 (the "State Court Action"). As grounds for the removal, PRG states as follows:

1.     On or about August 5, 2020, Plaintiff commenced this action by filing a Complaint in Woburn District Court, Middlesex County, seeking damages of $932,434.65 for alleged breach of a commercial lease. Plaintiff is a domestic limited liability company organized under the laws of Massachusetts with a principal office located in Woburn, Massachusettes.

2.     Defendant Production Resource Group, L.L.C. is a foreign limited liability company organized under the laws of Delaware with a principal office located in Armonk, New York.

3. The United States District Court for the Disrict of Massachusetts has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) as the amount in controversy exceeds the jurisdictional limit of $75,000 and there is complete diversity of citizenship between the parties.

4. Venue in this District is proper under 28 U.S.C. 1446(a) because the District of Massachusetts is the District within which the State Court Action is pending.

5. This Notice of Removal is timely under 28 U.S.C. 1446(b) because it is filed within thirty days of service of the Complaint.

6. As required by 28 U.S.C. 1446(a), attached as Exhibit A are copies of all the process, pleadings, and orders served upon Defendant in the State Court Action.

WHERFORE, Defendant Production Resource Group, L.L.C. respectfully requests that this action proceed in this Court as an action properly removed to its jurisdiction.

Respectfully submitted,

PRODUCTION RESOURCE GROUP, L.L.C.,

By its attorney,

/s/ Daniel J. Pasquarello
Daniel J. Pasquarello (BBO No. 647379)
PASQUARELLO | FINK | HADDAD LLC
185 Devonshire Street, Third Floor
Boston, MA 02110
Tel: 617-963-0042
Fax: 617-505-1571
dpasquarello@pasqfinklaw.com

Dated: September 4, 2020

## CERTIFICATE OF SERVICE

    I, Daniel J. Pasquarello, certify that on this 4th day of September, 2020, a copy of the foregoing was served on counsel for the Plaintiff by e-mail, upon agreement, to its counsel at jpm@cummings.com.

                                          /s/ Daniel J. Pasquarello